# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00118-CV

**Buddie Hasty, Trustee of the Vista Irrevocable Trust, Appellant**

**v.**

**Judith Lipsett Stanford and Jessica Newill, Appellees**

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C250342C, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Buddie Hasty, Trustee of the Vista Irrevocable Trust has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Appellant's Motion

Filed:  June 25, 2026